No. 9824. STATE ex rel. ROBERT J. GRIFFIN for Writ of Habeas Corpus, *v.* F. O. BURRELL, Warden of the Montana State Prison.

312 Pac. (2d) 532.

Decided June 21, 1957.

*Gerald L. Crowley,* Helena, for Relator.

Per Curiam.

On the application for a writ of habeas corpus, the matter was presented to four justices. Failing to have received a vote of three, constituting a majority of the court, the application for the writ fails. The proceeding is dismissed.